UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CASSANDRA WELCH, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1:11-cv-00891-LJM-TAB |
| ELI LILLY & COMPANY, | ) |
| Defendant. | ) |

### ENTRY OF JUDGMENT

Through an Order dated October 24, 2013, the Court granted summary judgment in favor of Defendant Eli Lilly & Company on all of Plaintiff Cassandra Welch's claims under 42 U.S.C. § 1981. The Court enters judgment in favor of Defendant Eli Lilly & Company and against Plaintiff Cassandra Welch, on all of Plaintiff's claims. Plaintiff Cassandra Welch shall take nothing by way of her Complaint.

IT IS SO ORDERED.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

DATE: __10/24/13_____

Laura A. Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution attached.

Distribution:

Sandra L. Blevins
BETZ & ASSOCIATES
sblevins@betzadvocates.com

Benjamin C. Ellis
BETZ & BLEVINS
bellis@betzadvocates.com

Kevin W. Betz
BETZ & BLEVINS
kbetz@betzadvocates.com

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP - Indianapolis
ellen.boshkoff@faegrebd.com

Joseph C. Pettygrove
FAEGRE BAKER DANIELS LLP - Indianapolis
joseph.pettygrove@FaegreBD.com

Rozlyn M. Fulgoni-Britton
FAEGRE BAKER DANIELS LLP - Indianapolis
rozlyn.fulgoni-britton@faegrebd.com

Matthew Louis Schmid
SANFORD HEISLER, LLP
mschmid@sanfordheisler.com

Jill Z. Julian
UNITED STATES ATTORNEY'S OFFICE
jill.julian@usdoj.gov